CLOSED

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JACOB BURNO, | Civil No. 11-6554 (DMC) |
| Plaintiff, | |
| v. | **ORDER** |
| KENNETH KOLICH, et al., | |
| Defendants. | |

For the reasons expressed in the Opinion filed herewith,

IT IS on this 29 day of _____, 2012,

ORDERED that the Clerk shall reopen the case and shall make a new and separate docket entry reading: "CIVIL CASE REOPENED;" and it is further

ORDERED that the Amended Complaint [Dkt. 4] is DISMISSED WITH PREJUDICE for failure to state a claim upon which relief may be granted; and it is further

ORDERED that the Clerk shall serve this Order and the accompanying Opinion upon Plaintiff by regular mail, and shall administratively terminate the file; and it is finally

ORDERED that the Clerk shall make a new and separate docket entry reading "CIVIL CASE TERMINATED."

_____
DENNIS M. CAVANAUGH, U.S.D.J.